**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARJORIE QUINN and ROBERT QUINN,

        Plaintiffs,

v.                                                                 Case No: 6:17-cv-898-Orl-40KRS

SYNCHRONY BANK, N.A.,

        Defendant.
_____/

## ORDER

This cause is before the court following review of the Joint Stipulation of Dismissal with Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety. (Doc. 27). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 13, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties